UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO                                           CASE NO.: 1:24-cv-20730-KMM

Plaintiff,

vs

VICTORIAS SECRET DIRECT BRAND MANAGEMENT, LLC.

A foreign for-profit corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant.  Parties seek 30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                     Mendez Law Offices, PLLC
                                     Attorneys for Plaintiff
                                     P.O. BOX 228630
                                     Miami, Florida 33172
                                     Telephone: 305.264.9090
                                     Facsimile: 1-305.809.8474
                                     Email:info@mendezlawoffices.com
                                     By: _____/s/_____
                                     DIEGO GERMAN MENDEZ, ESQ.
                                     FL BAR NO.: 52748

                                     Adams & Associates, P.A.
                                     Attorneys for Plaintiff
                                     6500 Cowpen Road, Suite 101
                                     Miami Lakes, FL  33014

Telephone:  305-824-9800  
Facsimile:  305-824-3868  
Email:  radamslaw@bellsouth.net  
By:_____ /s/_____  
RICHARD JOHN ADAMS, ESQ.  
FL BAR NO.: 770434